**Order filed October 10, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00469-CV

_____

## NJOKU KRISS, TIESHA HAMILTON AND/OR ALL OCCUPANTS, Appellant

## V.

## WATERFALL PARKS APTS, Appellee

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1030481**

## O R D E R

The notice of appeal in this case was filed May 28, 2013. To date, the filing fee of $175.00 has not been paid. On September 11, 2013, a partial clerk's record was filed. According to the record, on June 12, 2013, the trial court sustained the contest to appellant's affidavit of indigence and order appellant to pay the costs of appeal. *See* Tex. R. App. P. 20.1. The Harris County Clerk has notified this court

that appellant has not paid for preparation of the complete record. On September 16, 2013, this court notified appellant that the appeal was subject to dismissal for want of prosecution unless appellant provided proof of payment for the record within 15 days. No response has been filed. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court and file the complete clerk's record containing the contents required by Texas Rule of Appellate Procedure 34.5 on or before **October 21, 2013.** If appellant fails to comply with this order, the appeal will be dismissed.

PER CURIAM